UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

RYAN EVANS,
                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/11/2022

22 Mag. 871 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court shall hold a plea hearing for Defendant Ryan Evans in person on **April 20, 2022**, at **12:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. In light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse. To gain entry to 500 Pearl Street, follow the instructions provided here:

    https://www.nysd.uscourts.gov/sites/default/files/2020-07/SDNY%20Screening%20Instructions.pdf

    All individuals must practice social distancing at all times in the courthouse. Individuals must wear a KN-95, N95, or N94 mask that covers their nose and mouth at all times in the courthouse. Bandanas, cloth masks, gaiters, and masks with valves are not permitted.

    SO ORDERED.

Dated: April 11, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge